

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-11-00300-CR

_____

**COURTNEY ANN MONROE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

### From the County Court at Law No. 2
### McLennan County, Texas
### Trial Court No. 20111352CR2

_____

## MEMORANDUM  OPINION

_____

This appeal was abated on November 23, 2011 because no brief had been filed for the appellant, Courtney Ann Monroe.  Monroe has now filed a motion to dismiss her appeal, and she and her attorney have personally signed the motion.

Accordingly, the appeal is reinstated and is dismissed.  TEX. R. APP. P. 42.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal reinstated and dismissed
Opinion delivered and filed December 7, 2011
Do not publish
[CR25]